UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-00199 |
| | ) | JUDGE RICHARDSON |
| TARIUS CLAYBROOKS | ) | |

<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD</u>

Pursuant to Rule 57.01(d)(2) of the Local Criminal Rules for the Middle District of Tennessee, undersigned counsel of record for defendant Tarius Claybrooks respectfully moves this Court for an order granting him leave to withdraw as counsel of record in the instant proceeding.

Undersigned counsel was appointed to represent Mr. Claybrooks on October 12, 2018, after Mr. Claybrooks' retained counsel moved to withdraw. The case is currently set for trial on March 5, 2019. On Tuesday, November 6, Mr. Claybrooks' family retained James Wiggington and John Tennyson as private counsel for Mr. Claybrooks. Undersigned counsel verified with Mr. Claybrooks that he was aware of this development and that he wishes to be represented by Mr. Wiggington and Mr. Tennyson.

Based on the above, undersigned counsel gave "reasonable notice to the client of the attorney's intention to withdraw from the case." LCrR57.01(d)(2).

Accordingly, undersigned counsel respectfully submits that the interest of Mr. Claybrooks and the ends of justice would best be served by permitting him to

withdraw as counsel of record in this matter, and allowing Mr. Claybrooks to be represented by John Tennyson and James Wiggington.

Respectfully submitted,

*s/ Andrew Brandon*
ANDREW BRANDON
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: Andrew_brandon@fd.org

Attorney for Tarius Claybrooks

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I electronically filed the foregoing *Motion to Withdraw as Counsel of Record* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Chris Suedekum, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Andrew Brandon*
ANDREW BRANDON