# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:18-cr-00199 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| TARIUS CLAYBROOKS | ) |

## ORDER

The pretrial conference scheduled for Monday, February 25, 2019, at 2:00 p.m. is RESET for 2:30 p.m. the same day.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE